Katherine B. Comstock et al. v. Morgan Park
Trust and Savings Bank et al.
Linny Schulze, for use of B. J. Schwoeffermann, Re-
ceiver, Appellee, v. Beverly State Savings Bank,
Appellant.

Gen. No. 42,411. 

opinion
filed May 10, 1943. Paul W. Tatge and Robert F. Kolb, for appellant;
Maurice Weissman, for appellee. Opinion by JUSTICE O'CONNOR.
"Not to be published in full."

James J. Walsh et al., Appellees, v. Thomas G.
Walsh, Appellant.

Gen. No. 42,424. 

opinion filed
May 10, 1943. John K. Haas, Jr. and J. Warren McCaffrey, for ap-
pellant; Edwin D. Lawlor and Kamener & Halligan, for appellees;
Edwin D. Lawlor, of counsel. Opinion by JUSTICE O'CONNOR. "Not
to be published in full."